

# iOS 13.5
Apple Inc.
370.8 MB

iOS 13.5 speeds up access to the passcode field on devices with Face ID when you are wearing a face mask and introduces the Exposure Notification API to support COVID-19 contact tracing apps from public health authorities. This update also introduces an option to control automatic prominence of video tiles on Group FaceTime calls and includes bug fixes and other improvements.

Some features may not be available for all regions or on all Apple devices. For information on the security content of Apple software updates, please visit this website:

**Learn More** >

**Download and Install**



**iOS 13.5**
Apple Inc.
370.8 MB

Download and Install

Automatic Updates   Off >



# iOS 12.4.7
Apple Inc.

49.4 MB

iOS 12.4.7 provides important security updates and is recommended for all users.

Some features may not be available for all regions or on all Apple devices. For information on the security content of Apple software updates, please visit this website: https://support.apple.com/kb/HT201222

Download and Install

Automatic Updates                                  Off

