IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI
21st JUDICIAL CIRCUIT

| | |
|---|---|
| RAEVON TERRELL PARKER, | ) |
| Plaintiff, | ) May 24, 2019 |
| v. | ) Cause No. 18SL-CC03653 |
| APPLE SAINT LOUIS GALLERIA, | ) Division 1 |
| Defendant. | ) |

## ORDER AND JUDGMENT

Presently before the Court is Defendant Apple Inc.'s (improperly names as Apple Saint Louis Galleria) Renewed Motion to Dismiss for Failure to State A Claim ("Motion").

Defendant's Motion was called, heard and submitted on May 22, 2019. The Court, having read all of the pleadings of the parties, reviewed the applicable state statutes, the Rules of Civil Procedure and caselaw, heard the arguments of counsel and Plaintiff and being now fully advised, hereby finds that Defendant's Motion is with merit.

Accordingly, Defendant's Renewed Motion to Dismiss for Failure to State A Claim is hereby **GRANTED**. Plaintiff's Amended Petition is hereby DISMISSED. Each party shall be responsible for their own costs.

SO ORDERED:  5/24/19

Brian H. May
Circuit Judge, Division 1

In the

# CIRCUIT COURT

**Of Saint Louis County, Missouri**

Raevon Terrell Parker                                  March 28, 2019

Plaintiff(s)                                                     Date


Vs.                                                              18SL-CC03653

                                                               Case Number


Apple Inc                                                    _____

Defendant(s)                                                Division


### Motion for Mechanics/Materialmen's Lien

    HERE NOW COMES, Plaintiff Raevon Parker pray that the Circuit Court of Saint Louis County, Missouri aids in assisting Plaintiff's claim with a view towards availing myself of the benefit of the statues relating to a

1

mechanic's/materialmen's lien, file of statement of account below. The statement details the amounts due for work performed, materials furnished, and or rental of machinery or equipment under contract with Apple Saint Louis Galleria for materials located in 2440 Galleria, Saint Louis, Mo and describes as follows:

1. The real estate described is the Apple Store that supplies the products that have the capabilities to run the operating system iOS 12.0.1 and later. The materials sold through the location are applicable because they can affect old and new Apple products.
2. The property described is subject to the following encumbrances' that is/are as follows:
3. The encumbrances are the resetting of passwords, downloading of applications from the Apple AppStore, and the reapplication of programming phone settings.
4. The last work performed and/ or materials furnished for the property described above was on September 06, 2018. A demand for a lien claimant was made within six months prior to filing this lien.
5. With respect to rental machinery or equipment, the last piece of machinery or equipment was removed from the property described above on October 30, 2018. The statements of account are filed in order that it may constitute a

2

lien on the property described above. The statement is a true and accurate account of demands due claimant after all appropriate credits have been given.

### Statement of Account

6. A description of the work performed under the contract is as follows:

7. The aiding in the creation of iOS 12 by having the device programmed to bypass certain start-up load screen options, enabling Apple products to communicate with other devices faster and more accurately.

8. The total amount claimed for work performed: <u>$1 trillion USD.</u>

9. Re: Linking of old and new Apple devices.

10. Itemized listing of materials furnished under contract and the value of each item:

11. <u>iPhone 7- $1 trillion USD.</u>

12. <u>iOS 12- $1 trillion USD.</u>

13. <u>Raevon Terrell Parker's mentality- $ priceless -USD.</u>

14. Total amount claimed for materials :<u>$ 2 priceless trillion USD.</u>

15. An itemized listing of any rental machinery or equipment utilized in the performance of the contract with the owner or contractor. Included is the

3

reasonable rental value of the machinery or equipment during the period of actual use and any periods of non-use covered by the terms of the rental contract while the machinery or equipment was in the property:

16. <u>iPhone 7- $900 USD</u> is the total amount claimed for rental machinery or equipment.

17. Total amount of all claims : <u>$2 trillion and $900 USD and a priceless item.</u>

I Raevon Terrell Parker, being of lawful age, being duly sworn in my oath, state that I prepared this document and that the facts stated above are true and correct according to my best knowledge and belief.

<u>*Raevon Parker*</u>

Lien Claimant

X *Raevon Parker* (signature)

<u>Raevon Parker</u>

*Pro Se Party*

<u>3848 A Shenandoah Ave</u>

<u>Saint Louis , Mo 63110</u>

*Address*

4

<u>(314)728-2010</u>

*Phone No.*

/s/ Raeron Parker

<u>IN THE CIRCUIT COURT OF THE CITY OF SAINT LOUIS COUNTY,</u>

<u>MISSOURI 21st JUDICIAL CIRCUIT</u>

| | | |
|---|---|---|
| **RAEVON TERRELL PARKER** | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | Cause No. 18SL-CC03653 |
| | ) | |
| | ) | |
| **APPLE INC.** | ) | |
| DEFENDANT, | ) | |
| | ) | |

## <u>COMPLAINT</u>

**HERE NOW COMES,** Plaintiff Raevon Terrell Parker praying that the Circuit Court of Saint Louis County aid in the Plaintiff seeking relief of damages from the Defendant Apple Inc. The Plaintiff states that he/she has a claim against the Defendant in the amount of $ 1 trillion dollars. The claim arose on or about 10/29/19 as a result of the following events:pursuant to RSMo. 570.030 1- A person commits the offense of stealing if he or she:

1) The Plaintiff is stating a claim that alleges an Apple Inc. employee of committing a violation of RSMo 570.030.1) appropriates property or services of another with the

purpose to deprive him or her thereof, either without his or her consent or by means of deceit or coercion.

2) On October the 29, of 2018 the Plaintiff Raevon Terrell Parker visited the Apple store in the Saint Louis Galleria because his iPhone 7 was having sound problems. It was during this visit to the Apple store that the employee committed another act of stealing pursuant to 570.030. 3) For the purpose of depriving the owner of a lawful interest therein, receives, retains or disposes of property of another knowing that it has been stolen, or that believing that it has been stolen.

3) The Plaintiff being a victim of RSMO 570.030.3.5 The property appropriated or attempted to be appropriated is owned by or in the custody of a financial institution and the property is taken or attempted to be taken physically from an individual to deprive the owner or custodian of the property. The employee fixed the phone, kept it, and I was given a different phone.

4) The Plaintiff is seeking relief from damages pursuant to RSMO 570.030.4 The offense of stealing is a class C felony if the value of the property or services appropriated is twenty five thousand dollars or more.

**Wherefore,** the Plaintiff Raevon Terrell Parker prays that the Circuit Court aid in the recovery of damages. The Plaintiff would like to ask the Circuit Court that he be compensated for the discovery of the Group FaceTime feature.

Dated: June 4, 2019

Respectfully submitted,

*/s/ Raevon Parker*

3848 Shenandoah

<u>Saint Louis, Mo 63110</u>

<u>Tel: (314)201-5869</u>

x *Rasson Parker* (signature)